FILED
CLERK, U.S. DISTRICT COURT
07/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN REICH RATLIFF,<br><br>　　　　　Defendant. | ED CR No. 5:25-cr-00240-SRM<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1542: False Statement in a Passport Application] |

　　The Grand Jury charges:

[18 U.S.C. § 1542]

　　On or about November 4, 2020, in San Bernardino County, within the Central District of California, defendant JOHN REICH RATLIFF willfully and knowingly made false statements in an application for a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant RATLIFF stated that his name was M.J., his social security number ended in 5286, and his date of birth was in December 1976, whereas, in fact, as defendant RATLIFF then knew,

1 | his name was not M.J., his social security number did not end in
2 | 5286, and his date of birth was not in December 1976.

A TRUE BILL

/S/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Foreperson

BILAL A. ESSAYLI
United States Attorney

*Christina Shay*

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office

MILES ROBINSON
Assistant United States Attorney
Riverside Office